Exhibit A to the Complaint

**Location:** Honolulu, HI  
**Total Works Infringed:** 49  
**IP Address:** 72.234.182.45  
**ISP:** Hawaiian Telcom

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | AAF43D5B58C76C73D6894BCDEAADB202668C9A2F | 01/23/2025 08:24:38 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 2 | f4bc2578e64d5bcf9779457d97c0bc61da1fc811 | 01/23/2025 09:01:58 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 3 | 9870c7c48235ff5ff67d99567f4582ad4c87bcb9 | 01/23/2025 09:00:58 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 4 | 8f042a6f826e4fb4a4fde60f4a0b0d4af81c40b7 | 01/23/2025 08:55:46 | Blacked | 01/08/2025 | 01/15/2025 | PA0002509289 |
| 5 | 802598e71f3f179fe3401e7fa95c3978ba2162c4 | 01/23/2025 08:54:59 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 6 | 5e988edc3a1a6b6b1ff594ccfd6e6e00d7d7039f | 01/23/2025 08:53:38 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 7 | ddb0bf17c197427dd020f7c5ba375f9ac56966e6 | 01/23/2025 08:53:05 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 8 | 14f4c1faa0afe87ffb2e395645c11bb193415c85 | 01/23/2025 08:52:56 | Blacked | 09/30/2024 | 10/16/2024 | PA0002494709 |
| 9 | 5d41fdc74f09e33decaa9455f97986e6ff6e2f0c | 01/23/2025 08:52:11 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 10 | 1325bd109a0c04c40579b2481789c4dd7ed64257 | 01/23/2025 08:51:55 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 11 | 62dbc3f955441d63a7e604c37c1a2d4f9bddae74 | 01/23/2025 08:51:36 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 12 | 6799f98c8266d28fe3f0530eced6e28f55a803d6 | 01/23/2025 08:50:37 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 13 | b9b2aaa731561399a17e886dc60bf7aed53254ce | 01/23/2025 08:50:34 | Blacked | 01/03/2025 | 01/15/2025 | PA0002509288 |
| 14 | 2f0b827044b8fbf174d44a6f6a730b0b60516203 | 01/23/2025 08:50:23 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 15 | 24a89bb68241cc14f2deab6eb7f461a881d73de9 | 01/23/2025 08:49:20 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 16 | 5D7E18C90D2BDC66702CE75F9581B01F62D72F75 | 01/23/2025 08:23:54 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | ff79e9dfc700b8931d11f713c9e9b2370fe2e0e1 | 01/21/2025 05:50:02 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 18 | 60b972e4856d9895ee4bf3a53fea9fe04592ba8e | 01/20/2025 20:30:35 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |
| 19 | 81f168ae4d617b492abe43fd31eb38d8a5b5bca5 | 01/20/2025 18:34:31 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 20 | f0b24c20739fb9d8b707a3f201f6b7666b56670a | 01/19/2025 07:32:22 | Milfy | 11/22/2023 | 01/16/2024 | PA0002453490 |
| 21 | 87d0fa65335f223dd21426d83eea1be09cc4539b | 01/19/2025 07:28:33 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 22 | 424f964f6c6a3ff16f4ba8abd9a2981a2d62d915 | 01/19/2025 01:48:33 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 23 | 08a700c4fecb7b1df76fa72325af589022bb78a9 | 01/19/2025 01:17:56 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 24 | E30889EFECEBCE08ADDED2DDFED16AF07C16CD06 | 01/18/2025 17:53:56 | Blacked Raw | 08/01/2022 | 08/29/2022 | PA0002367736 |
| 25 | 3D4373A34D97A409BB068329D49761FE013771B8 | 01/18/2025 17:40:26 | Milfy | 08/30/2023 | 12/05/2023 | PA0002443598 |
| 26 | ab6ebafd49eadd71f2316803bf55b6fb26b81efa | 01/18/2025 08:00:40 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 27 | 9d392b54d5ffe92319f3737cc962f7d65b301e64 | 01/18/2025 08:00:21 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 28 | ce3f129941e944d002a6c7e566d1ce1668f822cd | 01/18/2025 07:58:35 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 29 | 7dfd7054ec044d7382229cac29482ff09b4a78b4 | 01/18/2025 07:56:59 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 30 | DC191363CA433B3DF58F8B19F07FF0DE7D41FF21 | 01/18/2025 07:28:44 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 31 | 33818BC93D0BD9F6CFF85C4BDEDBFDD6F6D14C4D | 01/18/2025 07:28:34 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 32 | 4e161dcd3b0c439f68280147371ba08686987d0b | 01/18/2025 07:26:22 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 33 | 412578679E47B9C58F0F993262DDE766773ECA3B | 01/18/2025 07:26:15 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 34 | 18ee6b7029e9bf5e96531d075dadc58384424d4c | 01/18/2025 07:24:26 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 2c5d449ec8953d17e08ce8523daf8cca40ff743e | 01/18/2025 07:23:35 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 36 | 72acb9a107341008730593ea4c32e3491a642198 | 01/18/2025 07:20:02 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 37 | C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3 | 01/17/2025 09:13:08 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 38 | 7FF46E73C749B65A650C9625F032F48007CFEEE4 | 01/17/2025 09:07:20 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 39 | 54ddb381db9b297ff4391c512e27e1628e1bf7c9 | 12/31/2024 21:09:44 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 40 | 5a66b14ec1fee8f55ba9414bf263aecf26bc5e61 | 12/31/2024 21:08:45 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 41 | 3bc22005e2afc76a838931dca776bba6a7235cd8 | 12/31/2024 21:08:12 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 42 | cb4ec1f25ffad874268462833d653891b9ecd633 | 12/31/2024 21:06:31 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 43 | 12cb3caf76d76f88e13556704b1c13fc6902811e | 12/31/2024 21:05:05 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 44 | 5b3077c160ba3582630ad259484dfc305bdeb60b | 12/01/2024 08:37:04 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 45 | 13cf4d7dea556eeb7d06bec1f4cdd68d9120fd60 | 12/01/2024 08:33:23 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 46 | 5ba2da08c36a2fa2409d662e9fa861ef6f8bf8e0 | 12/01/2024 08:32:55 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 47 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 11/05/2024 09:27:29 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 48 | 4d4b9d0dfab2937f91476a0f53b8f9cbeb679ff3 | 09/14/2024 17:45:46 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 49 | 815afa31c0446729bcda48cb844ad4bd354995bc | 08/06/2024 16:20:53 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |